# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
ADC #085938

v.   CASE NO. 2:24-CV-00021-BSM-PSH

**GARY KERSTEIN,** *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 5] is adopted and Kenneth Pitts's claims against Emma Hatchett, Rory Griffin, and Aundrea Culclager are dismissed without prejudice. Pitts's motion for Rule 11 sanctions [Doc. No. 14] is denied.

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE