IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
ADC #085938

v.                 CASE NO. 2:24-cv-00021-BSM

**GARY KERSTEIN,** *et al.*   **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Kenneth Pitts's objections, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 85] is adopted. Pitts is a three-striker under the Prison Litigation Reform Act (PLRA). His original complaint met the imminent danger exception and his motion to proceed *in forma pauperis* (IFP) was granted. Since then, the defendants have filed a response showing that Pitts does not have diabetes and his cataracts are being treated. Doc No. 60. Consequently, Pitts was not in imminent danger at the time he filed his complaint. Pitts's IFP status was revoked and he was ordered to pay the filing fee. Doc. No. 76. He did not do so.

This case is dismissed without prejudice. All pending motions and appeals are denied as moot. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE