IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH RAY PITTS**                                                                              **PLAINTIFF**
ADC #085938

v.                              CASE NO. 2:24-cv-00021-BSM

**GARY KERSTEIN,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE